

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2015

No. 04-15-00052-CV

Billy C. **WHITFIELD** and Carolyn Whitfield,
Appellants

v.

Charles Thomas **ONDREJ**, et. al.,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 12-10-00231-CVK
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

The District Clerk's Extension of time to file the Clerk's Record is this date NOTED. Time is extended to March 20, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

William H. Oliver
Pipkin & Oliver LLP
1020 NE Loop 410 Ste 810
San Antonio, TX 78209-1213

Jerry T. Steed
1100 NW Loop 410 Ste 260
San Antonio, TX 78213-2200

Larry D. Warren
Naman Howell Smith & Lee
10001 Reunion Pl Ste 600
San Antonio, TX 78216-4140